**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Natalie Zitek, individually, and on behalf of all others similarly situated, Plaintiff,

v.

D.R. Horton, Inc., Jane Doe #1-10; and, John Doe #1-50, Defendants,

AND

D.R. Horton, Inc., Third-Party Plaintiff,

v.

AJ Landscaping & Grading, LLC a/k/a AJ Landscaping & Grading, LLC; AllPro Textures, LLC; Alpha Omega Construction Group, Inc.; American Concrete and Precast, Inc. a/k/a ACP Concrete, Inc.; A&J Framing, Inc.; Alpha E.M.C.; A-Z, Inc.; Atlanta Floor Designs Center; A Grade Above Others, LLC; Brand-Vaughan Lumber Co, Inc.; BKF Builders, Inc.; Builders Designhouse, LLC; BMC East LLC d/b/a Coleman Floor, LLC; Builders Firstsource Southeast Group, LLC a/k/a Builders Firstsource, Inc.; Bravo Carpenters, Inc.; Caryl Mechanics II, Inc. a/k/a Caryl Mechanicals, Inc.; Cannaday Siding & Gutter, Inc.; Cortes Painting, LLC; CBU Enterprises, Inc.; CPI Security Systems, Inc.; DOM Group, LLC: Ferguson Enterprises, Inc.; Five Star Construction, Inc.; Five Star Foundations, LLC; Galloway-Bell, Inc. a/k/a Galloway-Bell, Inc. II; Get Floored, LLC; GBS Building Supply; US LBM, LLC f/k/a GBS Building Supply, Inc.; General Shale Brick

Inc.; Greener Pastures, Inc. a/k/a Green Pastures of Aiken, LLC;  IBS Asset, LLC d/b/a Blue Ridge Building Products; Installed Building Products, LLC a/k/a Installed Building Products II, LLC; JLS Masonry, Inc.; Kings Landscaping, LLC; Landshapers, LLC; Lade-Danlar, Inc.; Lansing Building Products, Inc.; Long Heating & Air Conditioning, Inc.; L&M Electric, Inc; Manale Landscaping, LLC; MJ Cowboys, LLC; M&L General Construction, LLC a/k/a M&L General Construction, Inc.; M&L Reyna Construction, LLC; M&M Foundations, LLC; Nazareth Builders, LLC; NB Contractors, LLC; Poinsett Development, LLC: Poinsett Homes, LLC; P&T Construction, Inc. a/k/a P&T Construction, Inc.; P&L Enterprises, LLC; Probuild Company, LLC a/k/a Probuild Holdings, Inc.; Rite Rug Company, Inc. a/k/a Rite Rug Co.; Rodney Howard Grading, Inc. a/k/a Rodney Howard Grading Co.; Sandlapper Concrete, LLC; Sodfather, Inc., Landscape Contractors; Stock Building Supply, LLC; Topbuild Home Services, Inc.,a/k/a Gale Contractors Service; Tucker Materials, Inc. a/k/a Gypsum; Silver Line Building Products Corp.; Dupree Plumbing Co., Inc.; UTM Enterprises, Inc; Willow Tree Landscaping, Inc.; and Silver Line Building Products Corporation, Third-Party Defendants,

Of which Galloway-Bell, Inc. a/k/a Galloway-Bell, Inc. II is the Respondent and D.R. Horton, Inc. is the Appellant.

Appellate Case No. 2023-001681

———————

Appeal From Anderson County
R. Scott Sprouse, Circuit Court Judge

———————

Unpublished Opinion No. 2026-UP-173
Heard February 3, 2026 – Filed April 8, 2026

———————

# AFFIRMED

Carl F. Muller, of Carl F. Muller, Attorney at Law, P.A., of Greenville; Jason Michael Imhoff, of Imhoff Law Firm, of Greenville; and John T. Crawford, Jr., and Kimila Lynn Wooten, both of Kenison, Dudley & Crawford, LLC, of Greenville, all for Appellant.

Jeffrey A. Ross and Philip Paul Cristaldi, III, both of Ross & Cristaldi, LLC, of Mount Pleasant, for Respondent.

**PER CURIAM:** We affirm the circuit court's grant of summary judgment to Respondent Galloway-Bell, Inc., for the same reasons set forth in the related case of *Natalie Zitek v. D.R. Horton, Inc. (1)*, Op. No. 2026-UP-172 (S.C. Ct. App. filed April 8, 2026).

**AFFIRMED.**

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**